**Order filed November 6, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00634-CV

———————

### MICHAEL NAVARRO AND TAMRA NAVARRO, Appellants

### V.

### BASILIO BASQUEZ, Appellee

**On Appeal from the County Court**
**Lee County, Texas**
**Trial Court Cause No. 3435**

## O R D E R

Appellant's brief was due October 15, 2018**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **November 21, 2018**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM